BARBARA SCHOLL, Respondent, *v.* THE BROADWAY RAILROAD COMPANY of Brooklyn, Appellant.

(Argued January 31, 1893; decided February 10, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made February 19, 1892, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Thomas S. Moore* for appellant.

*Hector M. Hitchings* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.